## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: AM Precision Machining Inc. Chapter 11

Case Number: 16-39379

An appearance is hereby filed by the undersigned as attorney for:
AMERICAN HEARTLAND BANK AND TRUST (n/k/a First Secure Community Bank)

Attorney name (type or print): Robert L. Dawidiuk

Firm: The Collins Law Firm, P.C.

Street address: 1770 Park Street, Suite 200

City/State/Zip: Naperville, IL 60563

Bar ID Number: 6282717
(See item 3 in instructions)

Telephone Number: 630-527-1595

Email Address: rdawidiuk@collinslaw.com

Are you acting as lead counsel in this case? ☐ Yes ☑ No

Are you acting as local counsel in this case? ☐ Yes ☑ No

Are you a member of the court's trial bar? ☑ Yes ☐ No

If this case reaches trial, will you act as the trial attorney? ☐ Yes ☑ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on December 19, 2016

Attorney signature: S/ Robert L. Dawidiuk
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015