**Fill in this information to identify the case:**

Debtor name  **AM Precision Machining Inc.**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF ILLINOIS

Case number (if known)  **16-39379**

☐ Check if this is an amended filing

# Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Hinsdale Bank** | **Checking** | | $350.00 |
| 3.2. | **Bloomingdale/Schaumburg Bank** | **Checking** | | $1,500.00 |
| 3.3. | **First Bank** | **Checking** | | $300.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $2,150.00 |
|---|

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

| Debtor | **AM Precision Machining Inc.** | Case number *(If known)* **16-39379** |
|---|---|---|
| | Name | |

| | **Liability Insurance** | |
| | **Workers Comp** | |
| 8.1. | **$1,000,000 per occurrence** | **$0.00** |

| 9. | **Total of Part 2.** | **$0.00** |
|---|---|---|
| | Add lines 7 through 8. Copy the total to line 81. | |

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

☐ No. Go to Part 5.
■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity:                                                     % of ownership | | |
| 15.1. | **AM Precision Machining Inc. and its assumed name Millusions.**        100     % | | **$0.00** |

| 16. | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**<br>Describe: | | |
|---|---|---|---|

| 17. | **Total of Part 4.** | **$0.00** |
|---|---|---|
| | Add lines 14 through 16. Copy the total to line 83. | |

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **AM Precision Machining Inc.**
Name

Case number *(If known)* **16-39379**

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** <br> **Office furniture and fixtures** | **$0.00** | | **$5,000.00** |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** <br> **All furniture, fixtures and equipment, machinery, plumbing, etc. located at 170 S Lively Road Elk Grove Village IL** | **$0.00** | | **$7,000.00** |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

**$12,000.00**

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes Fill in the information below.

| General description <br> Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2008 Cadillac XLR with 30,000 miles** | **$0.00** | | **$10,000.00** |
| 47.2. **2011 BMW X5** | **$0.00** | **N/A** | **$25,000.00** |
| 47.3. **2008 Cadillac Escalade with 130,000 miles** | **$0.00** | **N/A** | **$10,000.00** |
| 47.4. **2006 Cadillac Escalade with 100,000 miles** | **$0.00** | **N/A** | **$7,000.00** |
| 47.5. **1999 Cadillac Escalade with 200,000 miles** | **$1,000.00** | **N/A** | **$1,000.00** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **AM Precision Machining Inc.** | | Case number *(If known)* **16-39379** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 47.6. | **2002 Jaguar** | $0.00 | $10,000.00 |
| 47.7. | **2002 Corvette with 20,000 miles** | $0.00 | $25,000.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | | |
|---|---|---|---|---|
| **2 Belmont Die Sink EDM** | Unknown | Appraisal | $3,500.00 |
| **2 Clark Forklifts sn C100-28-635** | Unknown | Appraisal | $8,000.00 |
| **2 HAAS, VF - 3/50 (2007 sn 1063210)** | $0.00 | Appraisal | $55,000.00 |
| **2 Hamai CNC Vertical Machining Center 6VA (1992 sn 6194)** | Unknown | Appraisal | $5,000.00 |
| **2 Harig 6 x 18" model 618 surface grinder with electromag chuck, SN 15206** | Unknown | Appraisal | $1,500.00 |
| **2 Kitamura CNC Vertical Mchining Center M7X (MyCenter) 1997 SN 60313** | $0.00 | Appraisal | $22,500.00 |
| **2 Kuraki CNC Horizontal Machining Center KH-63 (1987 sn 6405)** | $0.00 | Appraisal | $20,000.00 |
| **2 Leadwell CNC LTC 50 (2006 SN LTJF0783)** | $0.00 | Appraisal | $175,000.00 |
| **2 Matsuura CNC Horizontal Machining Center MC600H (1986 SN 86045438)** | $0.00 | Appraisal | $7,500.00 |
| **2 Matsuura CNC Vertical Machining Center MC-800V (1986 SN 85065055)** | $0.00 | Appraisal | $9,500.00 |
| **2 Matsura MC-660VG High Speed Vertical Machininig Center (200 SN 990913824)** | $0.00 | Appraisal | $45,000.00 |
| **2 Mitutoyo (CMM) Model = F-805 = Manual (SN 8508192** | $0.00 | Appraisal | $6,000.00 |
| **2 Mitutoyo CNC (CMM) Model = Bright - 1230 (SN 0001703)** | $0.00 | Appraisal | $50,000.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    **AM Precision Machining Inc.**                                    Case number *(If known)*  **16-39379**
            Name

| | | | |
|---|---|---|---|
| **2 Mori SEiki SL-3 CNC Precision Lathe (SN 1197)** | $0.00 | **Appraisal** | **$1,500.00** |
| **2 Mori Seiki SL-65A CNC Precision Lathe (1996 SN 1299)** | $0.00 | **Appraisal** | **$55,000.00** |
| **2 Mori Seiki SL2000 CNc Precision Lathe (SN 960)** | $0.00 | **Appraisal** | **$1,500.00** |
| **2 Mori Seiki TL-5 CNC Precision Lathe (SN 222)** | $0.00 | **Appraisal** | **$7,500.00** |
| **2 Peter Wolters 36" Type AL-2 Lapping Machine (1992 SN 312)** | $0.00 | **Appraisal** | **$12,000.00** |
| **2 Sharp S813 Die sink EDM (SN 00431321)** | $0.00 | **Appraisal** | **$1,500.00** |
| **2 Toshiba CNC-VTL-TUE-15 (1992 SN 440163)** | $0.00 | **Appraisal** | **$175,000.00** |
| **2 Yamaguchi CNC Vertical Machining Center YMV77M (SN 6127)** | $0.00 | **Appraisal** | **$2,500.00** |
| **2 Yasda CNC Horizontal Machining  Center YBM-90N (SN025 rebuilt & upgraded in 2002)** | $0.00 | **Appraisal** | **$17,500.00** |
| **2 Matsura MC-660VG High Speed Vertical Machining Center (2000 SN 990913819)** | $0.00 | **Appraisal** | **$45,000.00** |
| **1 HAAS VF - 6/50 (2008 SN 107054) not on original appraisal.** | $0.00 | | **Unknown** |
| **2 Matsura MC-660VG High Speed Vertical Machining Center (2000SN990913819) (not secured)** | $0.00 | | **$45,000.00** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **AM Precision Machining Inc.** | Case number *(If known)* **16-39379** |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| **1 Kuraki CNC Horizontal Machining Center KH-80 (1997 SN 13463)** | | |
| **1 HAAS VF 3/40 (2006 SN 1054227)** | | |
| **1 HAAS VF 6/50 (2005 Sn 43674)** | | |
| **1 HAAS VF 3/50 (2007 SN 1060727)** | | |
| **1 HAAS VF 3/50 (2007 SN 1063619)** | | |
| **1 HAAS GR 712 Gantry (2009 SN 1071512)** | | |
| **1 Mori Seiki SL 65B CNC Precision Lathe (1996 SN 1246)** | | |
| **1 Morie Seiki SL 4 CNC Precision Lathe (1985 SN 1785)** | | |
| **1 Pratt & Whitney / Fanuc TapeCut CNC Wire EDM (1988 SN 8111735)** | | |
| **1 Mitutoyo CMM Model + Bright 910 (2001 SN 1451104c)** | | |
| **1 Eldorado Tool Mega Model M77-1041 Gundrill Machine (SN 1200)** | | |
| **1 Nakamura SLANT-1 CNC Precision Late (1996 SN 020406)** | **$0.00** | **$250,000.00** |

51.    **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| **$1,110,500.00** |
|---|

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No
☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. | **Internet domain names and websites www.amprecision.com and www.millusions.com** | **$0.00** | | **$0.00** |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| 64. | **Other intangibles, or intellectual property** | | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **AM Precision Machining Inc.** | Case number *(If known)* **16-39379** |
|---|---|---|
| | Name | |

65.    **Goodwill**

66.    **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

**$0.00**

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

☑ No
☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | **AM Precision Machining Inc.** | Case number *(If known)* **16-39379** |
|---|---|---|
| | Name | |

---

**Part 12:**   Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $2,150.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $12,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,110,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*....................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,124,650.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $1,124,650.00 |

**Fill in this information to identify the case:**

Debtor name **AM Precision Machining Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known) **16-39379**

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1: List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1** **American Heartland Bank & Trust**

Creditor's Name

**Collins Law Firm**
**1770 N Park St Suite 200**
**Naperville, IL 60563**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**4295**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**170 S Lively Boulevard Elk Grove Village IL 60007**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$515,334.00** | **$0.00**

**2.2** **American Heartland Bank & Trust**

Creditor's Name

**Collins Law Firm**
**1770 N Park St Suite 200**
**Naperville, IL 60563**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**2 Belmont Die Sink EDM**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

**$0.00** | **$3,500.00**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **AM Precision Machining Inc.** | Case number (if know) | **16-39379** |
|---|---|---|---|
| | Name | | |

☐ No

■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**1. American Heartland
Bank & Trust
2. Hinsdale Bank & Trust**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **American Heartland Bank & Trust** | Describe debtor's property that is subject to a lien | $0.00 | $8,000.00 |
|---|---|---|---|---|

Creditor's Name

**Collins Law Firm
1770 N Park St Suite 200
Naperville, IL 60563**

Creditor's mailing address

**2 Clark Forklifts sn C100-28-635**

Describe the lien

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**1. American Heartland
Bank & Trust
2. Hinsdale Bank & Trust**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **American Heartland Bank & Trust** | Describe debtor's property that is subject to a lien | $0.00 | $55,000.00 |
|---|---|---|---|---|

Creditor's Name

**Collins Law Firm
1770 N Park St Suite 200
Naperville, IL 60563**

Creditor's mailing address

**2 HAAS, VF - 3/50 (2007 sn 1063210)**

Describe the lien

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**1. American Heartland
Bank & Trust
2. Hinsdale Bank & Trust**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **American Heartland Bank & Trust** | Describe debtor's property that is subject to a lien | $0.00 | $5,000.00 |
|---|---|---|---|---|

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | AM Precision Machining Inc. | | Case number (if known) | 16-39379 |
|---|---|---|---|---|
| | Name | | | |

| | | |
|---|---|---|
| Creditor's Name | **2 Hamai CNC Vertical Machining Center 6VA** | |
| **Collins Law Firm** | **(1992 sn 6194)** | |
| **1770 N Park St Suite 200** | | |
| **Naperville, IL 60563** | | |
| Creditor's mailing address | **Describe the lien** | |

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. American Heartland Bank & Trust**
**2. Hinsdale Bank & Trust**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.6 | **American Heartland Bank & Trust** | **Describe debtor's property that is subject to a lien** | **$0.00** | **$1,500.00** |
|---|---|---|---|---|
| | Creditor's Name | **2 Harig 6 x 18" model 618 surface grinder** | | |
| | **Collins Law Firm** | **with electromag chuck, SN 15206** | | |
| | **1770 N Park St Suite 200** | | | |
| | **Naperville, IL 60563** | | | |
| | Creditor's mailing address | **Describe the lien** | | |

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. American Heartland Bank & Trust**
**2. Hinsdale Bank & Trust**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.7 | **American Heartland Bank & Trust** | **Describe debtor's property that is subject to a lien** | **$0.00** | **$22,500.00** |
|---|---|---|---|---|
| | Creditor's Name | **2 Kitamura CNC Vertical Mchining Center** | | |
| | **Collins Law Firm** | **M7X (MyCenter) 1997 SN 60313** | | |
| | **1770 N Park St Suite 200** | | | |
| | **Naperville, IL 60563** | | | |
| | Creditor's mailing address | **Describe the lien** | | |

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **AM Precision Machining Inc.** | Case number (if know) | **16-39379** |
| --- | --- | --- | --- |
| | Name | | |

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. American Heartland Bank & Trust**
**2. Hinsdale Bank & Trust**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **American Heartland Bank & Trust** | | $0.00 | $20,000.00 |
| --- | --- | --- | --- | --- |

Creditor's Name

**Collins Law Firm**
**1770 N Park St Suite 200**
**Naperville, IL 60563**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2 Kuraki CNC Horizontal Machining Center KH-63 (1987 sn 6405)**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. American Heartland Bank & Trust**
**2. Hinsdale Bank & Trust**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **American Heartland Bank & Trust** | | $0.00 | $7,500.00 |
| --- | --- | --- | --- | --- |

Creditor's Name

**Collins Law Firm**
**1770 N Park St Suite 200**
**Naperville, IL 60563**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2 Matsuura CNC Horizontal Machining Center MC600H (1986 SN 86045438)**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | **AM Precision Machining Inc.** | Case number (if know) | **16-39379** |
|---|---|---|---|
| | Name | | |

☐ No

■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**1. American Heartland
Bank & Trust
2. Hinsdale Bank & Trust**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 0 | **American Heartland Bank & Trust** | Describe debtor's property that is subject to a lien | $0.00 | $9,500.00 |
|---|---|---|---|---|

Creditor's Name

**Collins Law Firm
1770 N Park St Suite 200
Naperville, IL 60563**

Creditor's mailing address

**2 Matsuura CNC Vertical Machining Center
MC-800V (1986 SN 85065055)**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an
interest in the same property?**

☐ No

■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**1. American Heartland
Bank & Trust
2. Hinsdale Bank & Trust**

---

| 2.1 1 | **American Heartland Bank & Trust** | Describe debtor's property that is subject to a lien | $0.00 | $45,000.00 |
|---|---|---|---|---|

Creditor's Name

**Collins Law Firm
1770 N Park St Suite 200
Naperville, IL 60563**

Creditor's mailing address

**2 Matsura MC-660VG High Speed Vertical
Machininig Center (200 SN 990913824)**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an
interest in the same property?**

☐ No

■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**1. American Heartland
Bank & Trust
2. Hinsdale Bank & Trust**

---

| 2.1 2 | **American Heartland Bank & Trust** | Describe debtor's property that is subject to a lien | $0.00 | $6,000.00 |
|---|---|---|---|---|

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 5 of 24

| Debtor | AM Precision Machining Inc. | | Case number *(if known)* | **16-39379** |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| Creditor's Name | | **2 Mitutoyo (CMM) Model = F-805 = Manual (SN 8508192** | | |
| **Collins Law Firm**<br>**1770 N Park St Suite 200**<br>**Naperville, IL 60563** | | | | |
| Creditor's mailing address | | | | |
| | | **Describe the lien** | | |
| | | | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| Creditor's email address, if known | | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| **Date debt was incurred** | | ■ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | | |
| **Do multiple creditors have an interest in the same property?** | | **As of the petition filing date, the claim is:**<br>Check all that apply | | |
| ☐ No | | ☐ Contingent | | |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| **1. American Heartland Bank & Trust**<br>**2. Hinsdale Bank & Trust** | | | | |

| 2.1 3 | **American Heartland Bank & Trust** | **Describe debtor's property that is subject to a lien** | **$0.00** | **$50,000.00** |
|---|---|---|---|---|
| | Creditor's Name | **2 Mitutoyo CNC (CMM) Model = Bright - 1230 (SN 0001703)** | | |
| | **Collins Law Firm**<br>**1770 N Park St Suite 200**<br>**Naperville, IL 60563** | | | |
| | Creditor's mailing address | | | |
| | | **Describe the lien** | | |
| | | | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |
| | ☐ No | ☐ Contingent | | |
| | ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | **1. American Heartland Bank & Trust**<br>**2. Hinsdale Bank & Trust** | | | |

| 2.1 4 | **American Heartland Bank & Trust** | **Describe debtor's property that is subject to a lien** | **$0.00** | **$1,500.00** |
|---|---|---|---|---|
| | Creditor's Name | **2 Mori SEiki SL-3 CNC Precision Lathe (SN 1197)** | | |
| | **Collins Law Firm**<br>**1770 N Park St Suite 200**<br>**Naperville, IL 60563** | | | |
| | Creditor's mailing address | | | |
| | | **Describe the lien** | | |
| | | | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor | AM Precision Machining Inc. | Case number (if know) | 16-39379 |
|---|---|---|---|
| | Name | | |

**Date debt was incurred**

**Last 4 digits of account number**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Specify each creditor, including this creditor and its relative priority.
**1. American Heartland Bank & Trust**
**2. Hinsdale Bank & Trust**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 5 | American Heartland Bank & Trust | | | $0.00 | $55,000.00 |
|---|---|---|---|---|---|

Creditor's Name

**Collins Law Firm**
**1770 N Park St Suite 200**
**Naperville, IL 60563**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**2 Mori Seiki SL-65A CNC Precision Lathe (1996 SN 1299)**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Specify each creditor, including this creditor and its relative priority.
**1. American Heartland Bank & Trust**
**2. Hinsdale Bank & Trust**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 6 | American Heartland Bank & Trust | | | $0.00 | $7,500.00 |
|---|---|---|---|---|---|

Creditor's Name

**Collins Law Firm**
**1770 N Park St Suite 200**
**Naperville, IL 60563**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**2 Mori Seiki TL-5 CNC Precision Lathe (SN 222)**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **AM Precision Machining Inc.** | | Case number (if know) | **16-39379** |
|---|---|---|---|---|
| | Name | | | |

☐ No

☑ Yes. Specify each creditor,
including this creditor and its relative
priority.
**1. American Heartland
Bank & Trust
2. Hinsdale Bank & Trust**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 7 | **American Heartland Bank & Trust** | | | |
|---|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien | $0.00 | $12,000.00 |
| | **Collins Law Firm
1770 N Park St Suite 200
Naperville, IL 60563** | **2 Peter Wolters 36" Type AL-2 Lapping Machine (1992 SN 312)** | | |
| | Creditor's mailing address | | | |

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
☐ No

☑ Yes. Specify each creditor,
including this creditor and its relative
priority.
**1. American Heartland
Bank & Trust
2. Hinsdale Bank & Trust**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 8 | **American Heartland Bank & Trust** | | | |
|---|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien | $0.00 | $175,000.00 |
| | **Collins Law Firm
1770 N Park St Suite 200
Naperville, IL 60563** | **2 Toshiba CNC-VTL-TUE-15 (1992 SN 440163)** | | |
| | Creditor's mailing address | | | |

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
☐ No

☑ Yes. Specify each creditor,
including this creditor and its relative
priority.
**1. American Heartland
Bank & Trust
2. Hinsdale Bank & Trust**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 9 | **American Heartland Bank & Trust** | | | |
|---|---|---|---|---|
| | | Describe debtor's property that is subject to a lien | $0.00 | $2,500.00 |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | AM Precision Machining Inc. | | Case number (if known) | 16-39379 |
|---|---|---|---|---|
| | Name | | | |

**Creditor's Name**

**Collins Law Firm**
**1770 N Park St Suite 200**
**Naperville, IL 60563**

Creditor's mailing address

2 Yamaguchi CNC Vertical Machining Center
YMV77M (SN 6127)

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. American Heartland Bank & Trust**
**2. Hinsdale Bank & Trust**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 0 | American Heartland Bank & Trust | | $0.00 | $17,500.00 |
|---|---|---|---|---|

Creditor's Name

**Collins Law Firm**
**1770 N Park St Suite 200**
**Naperville, IL 60563**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**2 Yasda CNC Horizontal Machining Center**
**YBM-90N (SN025 rebuilt & upgraded in 2002)**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. American Heartland Bank & Trust**
**2. Hinsdale Bank & Trust**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 1 | American Heartland Bank & Trust | | $0.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**Collins Law Firm**
**1770 N Park St Suite 200**
**Naperville, IL 60563**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**1 Eldorado Tool Mega Model M77-1041**
**Gundrill Machine (SN 1200)**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

---

| Debtor | AM Precision Machining Inc. | Case number (if know) | 16-39379 |
|--------|-----------------------------|------------------------|----------|
| | Name | | |

**Date debt was incurred**
■ No
☐ Yes. Fill out *Schedule H: Codebtors (Official Form 206H)*

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 2 | American Heartland Bank & Trust | Describe debtor's property that is subject to a lien | $0.00 | Unknown |
|-------|--------------------------------|----------------------------------------------------|-------|---------|

Creditor's Name

**Collins Law Firm**
**1770 N Park St Suite 200**
**Naperville, IL 60563**

Creditor's mailing address

1 HAAS GR-712 Gantry (7 x 12 ft bed) 2009 SN 1071512

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors (Official Form 206H)*

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 3 | American Heartland Bank & Trust | Describe debtor's property that is subject to a lien | $0.00 | Unknown |
|-------|--------------------------------|----------------------------------------------------|-------|---------|

Creditor's Name

**Collins Law Firm**
**1770 N Park St Suite 200**
**Naperville, IL 60563**

Creditor's mailing address

1 HAAS, VF - 3/40 (2006 SN 1054227)

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors (Official Form 206H)*

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 4 | American Heartland Bank & Trust | Describe debtor's property that is subject to a lien | $0.00 | Unknown |
|-------|--------------------------------|----------------------------------------------------|-------|---------|

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 10 of 24

| Debtor | **AM Precision Machining Inc.** | Case number (if know) | **16-39379** |
|---|---|---|---|
| | Name | | |

Creditor's Name

**1 Kuraki CNC Horizontal Machining Centr KH-80 (1997 SN 13463)**
**1 Mitutoyo (CMM) Model = BRIGHT 910 (2001 SN 1451104c)**
**1 Mori Seiki SL-4 CNC Precision Lathe (1985 SN 1785)**
**1 Mori Seiki SL-65B CNC Precision Lathe (1996 SN 1246)**
**1 Nakamura**

**Collins Law Firm**
**1770 N Park St Suite 200**
**Naperville, IL 60563**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.2 5 | **American Heartland Bank & Trust** | **Describe debtor's property that is subject to a lien** | **$0.00** | **$250,000.00** |
|---|---|---|---|---|

Creditor's Name

**1 Kuraki CNC Horizontal Machining Center KH-80 (1997 SN 13463)**
**1 HAAS VF 3/40 (2006 SN 1054227)**
**1 HAAS VF 6/50 (2005 Sn 43674)**
**1 HAAS VF 3/50 (2007 SN 1060727)**
**1 HAAS VF 3/50 (2007 SN 1063619)**
**1 HAAS GR 712 Gantry (2009 SN 1071512)**
**1**

**Collins Law Firm**
**1770 N Park St Suite 200**
**Naperville, IL 60563**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **1. American Heartland Bank & Trust** | ☐ Disputed |
| **2. Hinsdale Bank & Trust** | |

---

| 2.2 6 | **First Bank and Trust** | **Describe debtor's property that is subject to a lien** | **$0.00** | **Unknown** |
|---|---|---|---|---|

| Debtor | AM Precision Machining Inc. | | Case number (if know) | 16-39379 |
|---|---|---|---|---|
| | Name | | | |

Creditor's Name

**Stahl Cowen Crowley**
**Addis LLC**
**55 W Monroe St Suite 1200**
**Chicago, IL 60603**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.27**

**Hinsdale Bank & Trust**

Creditor's Name

**Swanson Martin & Bell LLP**
**330 N Wabash #3300**
**Chicago, IL 60611**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**5568**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**     $250,000.00     $0.00
**200 S Lively Blvd Elk Grove Village IL**

**Describe the lien**
**Mortgage**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.28**

**Hinsdale Bank & Trust**

Creditor's Name

**Swanson Martin & Bell LLP**
**330 N Wabash #3300**
**Chicago, IL 60611**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**     $112,000.00     $0.00
**200 S Lively Blvd Elk Grove Village IL**

**Describe the lien**
**Mortgage**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

| Debtor | **AM Precision Machining Inc.** | Case number (if know) | **16-39379** |

Name

**3986**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.2 9 | **Hinsdale Bank & Trust** | **Describe debtor's property that is subject to a lien** | $0.00 | $7,000.00 |
|---|---|---|---|---|

Creditor's Name

**Swanson Martin & Bell LLP
330 N Wabash #3300
Chicago, IL 60611**

Creditor's mailing address

**All furniture, fixtures and equipment, machinery, plumbing, etc. located at 170 S Lively Road Elk Grove Village IL**

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 0 | **Hinsdale Bank & Trust** | **Describe debtor's property that is subject to a lien** | $0.00 | $3,500.00 |
|---|---|---|---|---|

Creditor's Name

**Swanson Martin & Bell LLP
330 N Wabash #3300
Chicago, IL 60611**

Creditor's mailing address

**2 Belmont Die Sink EDM**

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ☑ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.2** | ☐ Disputed |

---

| 2.3 1 | **Hinsdale Bank & Trust** | **Describe debtor's property that is subject to a lien** | $0.00 | $8,000.00 |
|---|---|---|---|---|

Creditor's Name

**Swanson Martin & Bell LLP
330 N Wabash #3300
Chicago, IL 60611**

**2 Clark Forklifts sn C100-28-635**

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 13 of 24

| Debtor | **AM Precision Machining Inc.** | Case number (if know) | **16-39379** |
|---|---|---|---|
| | Name | | |

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.3**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.3 2 | **Hinsdale Bank & Trust** | **Describe debtor's property that is subject to a lien** | $0.00 | $55,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2 HAAS, VF - 3/50 (2007 sn 1063210)** | | |

**Swanson Martin & Bell LLP
330 N Wabash #3300
Chicago, IL 60611**

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.4**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.3 3 | **Hinsdale Bank & Trust** | **Describe debtor's property that is subject to a lien** | $0.00 | $5,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2 Hamai CNC Vertical Machining Center 6VA (1992 sn 6194)** | | |

**Swanson Martin & Bell LLP
330 N Wabash #3300
Chicago, IL 60611**

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | **AM Precision Machining Inc.** | Case number *(if know)* | **16-39379** |
|---|---|---|---|
| | Name | | |

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.5**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 4 | **Hinsdale Bank & Trust** | Describe debtor's property that is subject to a lien | $0.00 | $1,500.00 |
|---|---|---|---|---|

Creditor's Name

**Swanson Martin & Bell LLP
330 N Wabash #3300
Chicago, IL 60611**

Creditor's mailing address

**2 Harig 6 x 18" model 618 surface grinder with electromag chuck, SN 15206**

Describe the lien

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.6**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 5 | **Hinsdale Bank & Trust** | Describe debtor's property that is subject to a lien | $0.00 | $22,500.00 |
|---|---|---|---|---|

Creditor's Name

**Swanson Martin & Bell LLP
330 N Wabash #3300
Chicago, IL 60611**

Creditor's mailing address

**2 Kitamura CNC Vertical Mchining Center M7X (MyCenter) 1997 SN 60313**

Describe the lien

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.7**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 6 | **Hinsdale Bank & Trust** | Describe debtor's property that is subject to a lien | $0.00 | $20,000.00 |
|---|---|---|---|---|

Creditor's Name

**Swanson Martin & Bell LLP
330 N Wabash #3300
Chicago, IL 60611**

Creditor's mailing address

**2 Kuraki CNC Horizontal Machining Center KH-63 (1987 sn 6405)**

Describe the lien

---

| Debtor | **AM Precision Machining Inc.** | Case number (if know) | **16-39379** |
| | Name | | |

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

Creditor's email address, if known

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

☐ Contingent

☐ No

☐ Unliquidated

■ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Disputed

**Specified on line 2.8**

---

| 2.3 7 | **Hinsdale Bank & Trust** | **Describe debtor's property that is subject to a lien** | **$0.00** | **$7,500.00** |
| | Creditor's Name | **2 Matsuura CNC Horizontal Machining Center MC600H (1986 SN 86045438)** | | |
| | **Swanson Martin & Bell LLP 330 N Wabash #3300 Chicago, IL 60611** | | | |
| | Creditor's mailing address | **Describe the lien** | | |

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

Creditor's email address, if known

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

☐ Contingent

☐ No

☐ Unliquidated

■ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Disputed

**Specified on line 2.9**

---

| 2.3 8 | **Hinsdale Bank & Trust** | **Describe debtor's property that is subject to a lien** | **$0.00** | **$9,500.00** |
| | Creditor's Name | **2 Matsuura CNC Vertical Machining Center MC-800V (1986 SN 85065055)** | | |
| | **Swanson Martin & Bell LLP 330 N Wabash #3300 Chicago, IL 60611** | | | |
| | Creditor's mailing address | **Describe the lien** | | |

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

Creditor's email address, if known

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | **AM Precision Machining Inc.** | | Case number (if know) | **16-39379** |
| | Name | | | |

☐ No

☐ Contingent

■ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

**Specified on line 2.10**

---

| 2.3 9 | **Hinsdale Bank & Trust** | Describe debtor's property that is subject to a lien | $0.00 | $45,000.00 |

Creditor's Name

**Swanson Martin & Bell LLP
330 N Wabash #3300
Chicago, IL 60611**

**2 Matsura MC-660VG High Speed Vertical Machininig Center (200 SN 990913824)**

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?

Creditor's email address, if known

■ No

☐ Yes

Is anyone else liable on this claim?

Date debt was incurred

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

☐ No

☐ Contingent

■ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

**Specified on line 2.11**

---

| 2.4 0 | **Hinsdale Bank & Trust** | Describe debtor's property that is subject to a lien | $0.00 | $6,000.00 |

Creditor's Name

**Swanson Martin & Bell LLP
330 N Wabash #3300
Chicago, IL 60611**

**2 Mitutoyo (CMM) Model = F-805 = Manual (SN 8508192**

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?

Creditor's email address, if known

■ No

☐ Yes

Is anyone else liable on this claim?

Date debt was incurred

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

☐ No

☐ Contingent

■ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

**Specified on line 2.12**

---

| 2.4 1 | **Hinsdale Bank & Trust** | Describe debtor's property that is subject to a lien | $0.00 | $50,000.00 |

Creditor's Name

**Swanson Martin & Bell LLP
330 N Wabash #3300
Chicago, IL 60611**

**2 Mitutoyo CNC (CMM) Model = Bright - 1230 (SN 0001703)**

Creditor's mailing address

Describe the lien

---

| Debtor | **AM Precision Machining Inc.** | Case number (if know) | **16-39379** |
|---|---|---|---|
| | Name | | |

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| Creditor's email address, if known | |
|---|---|

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.13**

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

**2.4 2**

**Hinsdale Bank & Trust**
Creditor's Name

**Swanson Martin & Bell LLP**
**330 N Wabash #3300**
**Chicago, IL 60611**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.14**

Describe debtor's property that is subject to a lien
**2 Mori SEiki SL-3 CNC Precision Lathe (SN 1197)**

Describe the lien

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

| $0.00 | $1,500.00 |
|---|---|

---

**2.4 3**

**Hinsdale Bank & Trust**
Creditor's Name

**Swanson Martin & Bell LLP**
**330 N Wabash #3300**
**Chicago, IL 60611**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**2 Mori Seiki SL-65A CNC Precision Lathe (1996 SN 1299)**

Describe the lien

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

| $0.00 | $55,000.00 |
|---|---|

| Debtor | **AM Precision Machining Inc.** | Case number (if know) | **16-39379** |
|---|---|---|---|
| | Name | | |

☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.15**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 4 | **Hinsdale Bank & Trust** | Describe debtor's property that is subject to a lien | $0.00 | $7,500.00 |
|---|---|---|---|---|
| | Creditor's Name | 2 Mori Seiki TL-5 CNC Precision Lathe (SN 222) | | |

**Swanson Martin & Bell LLP
330 N Wabash #3300
Chicago, IL 60611**
Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.16**

---

| 2.4 5 | **Hinsdale Bank & Trust** | Describe debtor's property that is subject to a lien | $0.00 | $12,000.00 |
|---|---|---|---|---|
| | Creditor's Name | 2 Peter Wolters 36" Type AL-2 Lapping Machine (1992 SN 312) | | |

**Swanson Martin & Bell LLP
330 N Wabash #3300
Chicago, IL 60611**
Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.17**

---

| 2.4 6 | **Hinsdale Bank & Trust** | Describe debtor's property that is subject to a lien | $0.00 | $175,000.00 |
|---|---|---|---|---|
| | Creditor's Name | 2 Toshiba CNC-VTL-TUE-15 (1992 SN 440163) | | |

**Swanson Martin & Bell LLP
330 N Wabash #3300
Chicago, IL 60611**
Creditor's mailing address

Describe the lien

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor  **AM Precision Machining Inc.**                      Case number (if know)  **16-39379**
Name

|  |  |  |
|---|---|---|

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.18**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 7 | **Hinsdale Bank & Trust** | **Describe debtor's property that is subject to a lien** | **$0.00** | **$2,500.00** |
|---|---|---|---|---|

Creditor's Name

**Swanson Martin & Bell LLP
330 N Wabash #3300
Chicago, IL 60611**

Creditor's mailing address

**2 Yamaguchi CNC Vertical Machining Center YMV77M (SN 6127)**

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.19**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 8 | **Hinsdale Bank & Trust** | **Describe debtor's property that is subject to a lien** | **$0.00** | **$17,500.00** |
|---|---|---|---|---|

Creditor's Name

**Swanson Martin & Bell LLP
330 N Wabash #3300
Chicago, IL 60611**

Creditor's mailing address

**2 Yasda CNC Horizontal Machining  Center YBM-90N (SN025 rebuilt & upgraded in 2002)**

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | AM Precision Machining Inc. | Case number (if know) | 16-39379 |
|---|---|---|---|
| | Name | | |

☐ No

■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.20**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 9 | **Hinsdale Bank & Trust** | Describe debtor's property that is subject to a lien | $0.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**Swanson Martin & Bell LLP
330 N Wabash #3300
Chicago, IL 60611**

**1 Eldorado Tool Mega Model M77-1041
Gundrill Machine (SN 1200)**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 0 | **Hinsdale Bank & Trust** | Describe debtor's property that is subject to a lien | $0.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**Swanson Martin & Bell LLP
330 N Wabash #3300
Chicago, IL 60611**

**1 HAAS GR-712 Gantry (7 x 12 ft bed) 2009 SN
1071512**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 1 | **Hinsdale Bank & Trust** | Describe debtor's property that is subject to a lien | $0.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**Swanson Martin & Bell LLP
330 N Wabash #3300
Chicago, IL 60611**

**1 HAAS, VF - 3/40 (2006 SN 1054227)**

Creditor's mailing address

**Describe the lien**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case 16-39379    Doc 13    Filed 12/23/16    Entered 12/23/16 12:24:00    Desc Main
Document      Page 30 of 53

| Debtor | AM Precision Machining Inc. | Case number (if know) | 16-39379 |
|---|---|---|---|
| | Name | | |

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.5 2**

**Hinsdale Bank & Trust**
Creditor's Name

Swanson Martin & Bell LLP
330 N Wabash #3300
Chicago, IL 60611
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
1 Kuraki CNC Horizontal Machining Centr KH-80 (1997 SN 13463)
1 Mitutoyo (CMM) Model = BRIGHT 910 (2001 SN 1451104c)
1 Mori Seiki SL-4 CNC Precision Lathe (1985 SN 1785)
1 Mori Seiki SL-65B CNC Precision Lathe (1996 SN 1246)
1 Nakamura

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    Unknown

---

**2.5 3**

**Hinsdale Bank & Trust**
Creditor's Name

Swanson Martin & Bell LLP
330 N Wabash #3300
Chicago, IL 60611
Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
1 Kuraki CNC Horizontal Machining Center KH-80 (1997 SN 13463)
1 HAAS VF 3/40 (2006 SN 1054227)
1 HAAS VF 6/50 (2005 Sn 43674)
1 HAAS VF 3/50 (2007 SN 1060727)
1 HAAS VF 3/50 (2007 SN 1063619)
1 HAAS GR 712 Gantry (2009 SN 1071512)
1

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

$0.00    $250,000.00

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 22 of 24

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | AM Precision Machining Inc. | Case number (if know) | 16-39379 |
|---|---|---|---|
| | Name | | |

**Is anyone else liable on this claim?**

Date debt was incurred

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.25**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 4 | **Hinsdale Bank & Trust Co.** | Describe debtor's property that is subject to a lien | $472,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**c/o Swanson Martin Bell
330 N Wabash Suite 3300
Chicago, IL 60611**

Creditor's mailing address

**170 Lively Blvd Elk Grove Village IL**

**Describe the lien**
**Mortgage**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number
**5570**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 5 | **National City Commercial Capital LL** | Describe debtor's property that is subject to a lien | $0.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**Illinois Corporation Svc, Reg. Agen
801 Adlai Stevenson Dr.
Springfield, IL 62703**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

| Debtor | AM Precision Machining Inc. | Case number (if know) | 16-39379 |
|---|---|---|---|
| | Name | | |

| 2.5 6 | Schaumburg Bank & Trust | Describe debtor's property that is subject to a lien | $0.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**1180 E Higgins Road**
**Schaumburg, IL 60173**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $1,349,334.0 0 |
|---|---|

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **American Heartland Bank & Trust** **670 N Sugar Grove Parkway** **Sugar Grove, IL 60554** | Line **2.1** | |
| **First Bank & Trust** **820 Church Street** **Evanston, IL 60201** | Line **2.26** | |

**Fill in this information to identify the case:**

Debtor name      **AM Precision Machining Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    **16-39379**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Illinois Dept of Revenue**<br>**100 W Randolph St Suite 7-500**<br>**Chicago, IL 60601** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $9,759.00 | $0.00 |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | | | |
| **2.2** Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Central Insolvency Operation**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $300,000.00 | $300,000.00 |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | | | |

| Debtor | AM Precision Machining Inc. | Case number (if known) | 16-39379 |
|--------|------------------------------|------------------------|----------|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $37,631.43 | $0.00 |
|-----|----------------------------------------------|-----------------------------------------------|------------|-------|

**Margaret M. Kozlowkski**
**171 BrightRidge**
**Schaumburg, IL 60173**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Uncashed Payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|-------------------------------------------------------|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|-----------------|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $127.00 |
|-----|-------------------------------------------------|------------------------------------------------------------------------|---------|

**1st Ayd Corp.**
**PO Box 5298**
**Elgin, IL 60121**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $224.18 |
|-----|-------------------------------------------------|------------------------------------------------------------------------|---------|

**Action Rubber Stamp**
**PO Bxo 1718**
**Woodstock, IL 60098**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $194.60 |
|-----|-------------------------------------------------|------------------------------------------------------------------------|---------|

**ADT Security**
**PO Box 371967**
**Pittsburgh, PA 15250**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 |
|-----|-------------------------------------------------|------------------------------------------------------------------------|---------|

**Aerobase Group**
**145 East Dr**
**Unit B**
**Melbourne, FL 32904**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,093.00 |
|-----|-------------------------------------------------|------------------------------------------------------------------------|-----------|

**Aerotek Comm'l Staffing**
**PO Box 198531**
**Atlanta, GA 30384**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **AM Precision Machining Inc.** | Case number *(if known)* | **16-39379** |
|---|---|---|---|
| | Name | | |

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$47.04** |
|---|---|---|---|

**AFLAC**
**1932 Wynton Road**
**Columbus, GA 31999**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$589.62** |
|---|---|---|---|

**Airgas**
**1601 Nicholas Blvd**
**Elk Grove Village, IL 60007**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,470.00** |
|---|---|---|---|

**Albert L. Rialla**
**1311 Robert Drive**
**Mount Prospect, IL 60056**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$787.50** |
|---|---|---|---|

**Alloyweld Inspection**
**796 maple Lane**
**Bensenville, IL 60106**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$916.79** |
|---|---|---|---|

**Alro Steel**
**24876 Network Pl**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$378.79** |
|---|---|---|---|

**Alternative Machine Tool**
**300 Venture Dr.**
**Dousman, WI 53118**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$150.00** |
|---|---|---|---|

**American Calibration Inc.**
**4410 Route 176**
**Suite 11**
**Crystal Lake, IL 60014**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **AM Precision Machining Inc.** | | Case number *(if known)* | **16-39379** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,400.00** |
|---|---|---|---|

**American Express**
PO Box 0001
Los Angeles, CA 90096

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4005**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,798.46** |
|---|---|---|---|

**American Express**
PO Box 0001
Los Angeles, CA 90096

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **3008**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,551.00** |
|---|---|---|---|

**American Express**
PO Box 0001
Los Angeles, CA 90096

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4009**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
|---|---|---|---|

**American Nameplate**
4501 S Kildare
Chicago, IL 60632

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$614.51** |
|---|---|---|---|

**AND Staffing**
2300 N Barrington Road
Suite 10
Laura, IL 61451

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$26,000.00** |
|---|---|---|---|

**Andy Kozlowski**
170 S Lively Blvd
Elk Grove Village, IL 60007

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **IRS seized tax return to pay corporate taxes**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$23,609.00** |
|---|---|---|---|

**Arnold G Siegel, Atty**
20 N Clark
Suite 200
Chicago, IL 60602

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | AM Precision Machining Inc. | | Case number (if known) | 16-39379 |
|---|---|---|---|---|
| | Name | | | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $404.04 |
|---|---|---|---|
| | **AT&T**<br>**PO Box 6428**<br>**Carol Stream, IL 60197** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,166.78 |
|---|---|---|---|
| | **Atlas Compressors**<br>**Dwept CH 19511**<br>**Palatine, IL 60055** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,091.00 |
|---|---|---|---|
| | **Bank of America**<br>**475 Cross Point  Box 900**<br>**Getzville, NY 14068-9000** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  **9956** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,182.00 |
|---|---|---|---|
| | **Bank of America**<br>**475 Cross Point  Box 900**<br>**Getzville, NY 14068-9000** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  **7726** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $451.97 |
|---|---|---|---|
| | **Beverly Snow and Ice**<br>**16504 S Dixie Hwy**<br>**Markham, IL 60428** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |
|---|---|---|---|
| | **Birch Communication**<br>**PO Box 105066**<br>**Atlanta, GA 30348** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,401.00 |
|---|---|---|---|
| | **Brooker Brother**<br>**102 Jefferson St**<br>**Norwalk, OH 44857** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | AM Precision Machining Inc. | Case number (if known) | 16-39379 |
|---|---|---|---|
| | Name | | |

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$451.97**

**Business Machine Agents**
**8170 S Madison**
**Willowbrook, IL 60527**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.73**

**Catching Fluid Power**
**62980 Coll. Center Drive**
**Chicago, IL 60693-0629**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,849.07**

**Chase Bank**
**PO Box 15145**
**Wilmington, DE 19850**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **3627**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,225.29**

**Chase Bank**
**PO Box 15145**
**Wilmington, DE 19850**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7512**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$24,373.00**

**Chase Bank**
**PO Box 15145**
**Wilmington, DE 19850**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **2597**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,454.00**

**Chase Bank**
**PO Box 15145**
**Wilmington, DE 19850**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7740**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,689.00**

**Citicard**
**PO Box 20483**
**Kansas City, MO 64195**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **8592**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **AM Precision Machining Inc.** | Case number (if known) | **16-39379** |
|---|---|---|---|

Name

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,062.00** |
|---|---|---|---|

**CLC Lubricants**
**ON 902 Old Kirk Road**
**PO Box 764**
**Geneva, IL 60134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$278.48** |
|---|---|---|---|

**Cline Printing**
**931 Oakton**
**Elk Grove Village, IL 60007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$577.00** |
|---|---|---|---|

**Colmar Ind**
**500 Harvester Court**
**Wheeling, IL 60090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$576.75** |
|---|---|---|---|

**Comcast**
**PO Box 3001**
**  PA 19389**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,328.22** |
|---|---|---|---|

**Commonwealth Edison**
**Bill Payment Center**
**Chicago, IL 60668**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$156.00** |
|---|---|---|---|

**Commworld Chicago West**
**724 N Iowa Ave**
**Villa Park, IL 60181**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,231.00** |
|---|---|---|---|

**CPA Global.**
**2318 Mill Road**
**12th Fl**
**Alexandria, VA 22314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **AM Precision Machining Inc.** | Case number (if known) | **16-39379** |
|---|---|---|---|
| | Name | | |

---

**3.41**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,944.72 |
|---|---|---|
| **DCT Industrial Supply**<br>**410 N Jasper**<br>**Decatur, IL 62521** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.42**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $33,600.00 |
|---|---|---|
| **DeKalb Forge Co.**<br>**PO Box 369**<br>**DeKalb, IL 60115** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.43**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150.00 |
|---|---|---|
| **Delansi's Enterprise**<br>**1420 N 45th Place**<br>**Melrose Park, IL 60160** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.44**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $115.00 |
|---|---|---|
| **DHL**<br>**16592 Collection Center Dr.**<br>**Chicago, IL 60693** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.45**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,304.00 |
|---|---|---|
| **Discover Card**<br>**PO Box 6103**<br>**Carol Stream, IL 60197** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: **Credit card purchases for business** | |
| Last 4 digits of account number **2935** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.46**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Dynomax**<br>**1535 Abbott Dr**<br>**Wheeling, IL 60090** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number **9324** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.47**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $190.00 |
|---|---|---|
| **EDM Products**<br>**495 Wrightwood**<br>**Elmhurst, IL 60126** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **AM Precision Machining Inc.** | | Case number (if known) | **16-39379** |
|---|---|---|---|---|

Name

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $926.00 |
|---|---|---|---|

**Eifeler-Lfer**
**3800 Commerce Dr.**
**Saint Charles, IL 60174**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $291.00 |
|---|---|---|---|

**Element Mat'l Tech.**
**15361 Collection Center**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $803.23 |
|---|---|---|---|

**Elk Grove Industrial Supply**
**1300 Jarvis Ave**
**Elk Grove Village, IL 60007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $955.56 |
|---|---|---|---|

**Ellison Technologies**
**NW7967-02**
**PO Box 1451**
**Minneapolis, MN 55485-7967**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,000.00 |
|---|---|---|---|

**Erie Insurance Exchange**
**100 Erie Insurance Place**
**Erie, PA 16530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $137.16 |
|---|---|---|---|

**Essex Group**
**PO Box 90413**
**Chicago, IL 60690**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|---|---|---|---|

**F&F Screw Machine**
**4302 Wyland**
**Elkhart, IN 46516**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **AM Precision Machining Inc.** | Case number (if known) | **16-39379** |
|--------|--------------------------------|------------------------|--------------|
| | Name | | |

---

**3.55**

**Nonpriority creditor's name and mailing address**

**Fastenal**
**PO box 1286**
**Winona, MN 55987**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,166.36**

---

**3.56**

**Nonpriority creditor's name and mailing address**

**Federal Express**
**PO Box 94515**
**Palatine, IL 60094**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$548.44**

---

**3.57**

**Nonpriority creditor's name and mailing address**

**First Card**
**Stop Code 3105**
**Omaha, NE 68197**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Andy Kozlowski**

Is the claim subject to offset? ■ No ☐ Yes

**$16,000.00**

---

**3.58**

**Nonpriority creditor's name and mailing address**

**Fort Dearborn Ent.**
**4115 W St Charles**
**Bellwood, IL 60104**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,070.00**

---

**3.59**

**Nonpriority creditor's name and mailing address**

**Fox Rothschild**
**2000 Market St**
**20th Fl**
**Philadelphia, PA 19103**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$7,000.00**

---

**3.60**

**Nonpriority creditor's name and mailing address**

**G&M Development**
**37190 Leatherleaf**
**Hoffman Estates, IL 60192**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,970.00**

---

**3.61**

**Nonpriority creditor's name and mailing address**

**Genematrix**
**570 E Higgins**
**Suite 101**
**Elk Grove Village, IL 60007**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$810.00**

---

| Debtor | **AM Precision Machining Inc.** | | Case number *(if known)* | **16-39379** |
|---|---|---|---|---|
| | Name | | | |

| 3.62 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,114.15** |
|---|---|---|---|
| | **GHC Mechanical** | ☐ Contingent | |
| | **990 Pauly Dr** | ☐ Unliquidated | |
| | **Elk Grove Village, IL 60007** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.63 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Global EDM** | ☐ Contingent | |
| | **365 Production Drive B** | ☐ Unliquidated | |
| | **WV 26000** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.64 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8,019.50** |
|---|---|---|---|
| | **Granite Leaders** | ☐ Contingent | |
| | **650 Chase** | ☐ Unliquidated | |
| | **Elk Grove Village, IL 60007** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.65 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$569.24** |
|---|---|---|---|
| | **Great Lakes Metals** | ☐ Contingent | |
| | **PO box 8000** | ☐ Unliquidated | |
| | **Dept 257** | ☐ Disputed | |
| | **Buffalo, NY 14267** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.66 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$92.60** |
|---|---|---|---|
| | **Gregga Carbide** | ☐ Contingent | |
| | **14548 John Humphrey Dr** | ☐ Unliquidated | |
| | **LL** | ☐ Disputed | |
| | **Orland Park, IL 60462** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.67 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$150.00** |
|---|---|---|---|
| | **Grind Lap** | ☐ Contingent | |
| | **1045 W National** | ☐ Unliquidated | |
| | **Addison, IL 60101** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.68 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$135.00** |
|---|---|---|---|
| | **Groot Industries** | ☐ Contingent | |
| | **2500 Landmeier Rd** | ☐ Unliquidated | |
| | **Elk Grove Village, IL 60007** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **AM Precision Machining Inc.** | Case number (if known) | **16-39379** |
|---|---|---|---|
| | Name | | |

---

**3.69**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$257.00** |
|---|---|---|
| **H&M Metal** | ☐ Contingent | |
| **1414 Kenmore Blvd** | ☐ Unliquidated | |
| **Akron, OH 44314** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.70**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,669.13** |
|---|---|---|
| **HFO Chicago** | ☐ Contingent | |
| **NW 7968-14** | ☐ Unliquidated | |
| **PO box 1450** | ☐ Disputed | |
| **Minneapolis, MN 55485** | | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.71**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$383.00** |
|---|---|---|
| **HPL Stamping** | ☐ Contingent | |
| **425 Enterprise Pkway** | ☐ Unliquidated | |
| **Lake Zurich, IL 60047** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.72**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,025.00** |
|---|---|---|
| **Hudapack** | ☐ Contingent | |
| **979 Koopman Ln** | ☐ Unliquidated | |
| **Elkhorn, WI 53121** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.73**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,632.48** |
|---|---|---|
| **Hudson Energy** | ☐ Contingent | |
| **24919 Network Pl** | ☐ Unliquidated | |
| **Chicago, IL 60673** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.74**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,280.00** |
|---|---|---|
| **Illinois Roofing** | ☐ Contingent | |
| **8219 W Irving Park Rd** | ☐ Unliquidated | |
| **Chicago, IL 60634** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.75**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,130.00** |
|---|---|---|
| **Indianhead Plating** | ☐ Contingent | |
| **1610 Palmer St** | ☐ Unliquidated | |
| **Chippewa Falls, WI 54729** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **AM Precision Machining Inc.** | Case number (if known) | **16-39379** |
|---|---|---|---|
| | Name | | |

---

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$229.00** |
|---|---|---|---|

**Interact Bus. Products**
**165 Hansen Ct Suite 106**
**Wood Dale, IL 60191**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,000.00** |
|---|---|---|---|

**Jet Grinding**
**2309 Oakton**
**Arlington Heights, IL 60005**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$158.00** |
|---|---|---|---|

**Journal & Topics**
**622 Graceland**
**Des Plaines, IL 60016**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$788.00** |
|---|---|---|---|

**Kays Dehoff Eng**
**900 Industrial Dr**
**Marshall, MO 65340**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$713.00** |
|---|---|---|---|

**Klingspor Abrasives**
**2555 Tate Blvd**
**PO Box 2367**
**Hickory, NC 28603**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$178.07** |
|---|---|---|---|

**Koma Precision**
**20 Thompson Road**
**East Windsor, CT 06088**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,164.00** |
|---|---|---|---|

**KS&C Industries**
**2750 S Hanley**
**Saint Louis, MO 63143**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **AM Precision Machining Inc.** | Case number *(if known)* | **16-39379** |
|---|---|---|---|
| | Name | | |

---

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,164.00** |
|---|---|---|---|

**KS&C Industries**
**2750 S Hanley Road**
**Saint Louis, MO 63143**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,287.00** |
|---|---|---|---|

**Kuraki America**
**1831 Howard St**
**Suite F**
**Elk Grove Village, IL 60007**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,732.00** |
|---|---|---|---|

**Livngstone Tool**
**1546 N Oakmont**
**Vernon Hills, IL 60061**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,500.00** |
|---|---|---|---|

**Machine Tool Service**
**27 W 071 Evelyn St**
**Winfield, IL 60190**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,932.00** |
|---|---|---|---|

**Mahar Tool Supply**
**PO Box 1747**
**Saginaw, MI 48605**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$248.00** |
|---|---|---|---|

**Mandujano Landscape**
**PO Box 478554**
**Chicago, IL 60647**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$145.00** |
|---|---|---|---|

**Meixcali Chrome**
**502 W Winthrop**
**Addison, IL 60101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **AM Precision Machining Inc.** | | Case number *(if known)* | **16-39379** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $454.04 |
|---|---|---|---|

**Metalworking Tech**
2015 S Arlington Hts Rd
122C
Arlington Heights, IL 60005

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,058.53 |
|---|---|---|---|

**Methods Machine Tool**
2400 Vantage Dr
Elgin, IL 60123

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $278.00 |
|---|---|---|---|

**Midstates Tools**
304 Meyer Rd
Bensenville, IL 60106

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $210.00 |
|---|---|---|---|

**Mike's Anodizing**
859 N Spalding
Chicago, IL 60651

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $469.07 |
|---|---|---|---|

**MS Inserts**
Dept 30739
PO Box 790129
Saint Louis, MO 63179

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,525.00 |
|---|---|---|---|

**MSI Testing**
1390 N 25th Ave
Melrose Park, IL 60160

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,525.00 |
|---|---|---|---|

**Much Shelist**
191 N Wacker
Suite 1800
Chicago, IL 60606

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | AM Precision Machining Inc. | | Case number (if known) | 16-39379 |
|---|---|---|---|---|
| | Name | | | |

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $247.50 |
|---|---|---|---|

**Nationwide Gage Calibration**
**159 Covington Dr**
**Bloomingdale, IL 60108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $195.00 |
|---|---|---|---|

**New Age Transport**
**1881 Rose Rd**
**Lake Zurich, IL 60047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $886.00 |
|---|---|---|---|

**Nicor Gas**
**PO Box 632**
**Aurora, IL 60507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |
|---|---|---|---|

**Penna Flame Ind**
**1856 Rt 588**
**Zelienople, PA 16063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,480.40 |
|---|---|---|---|

**Perry Johnson Registrars**
**755 W Big Beaver Road**
**Suite 1340**
**Troy, MI 48084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,669.00 |
|---|---|---|---|

**Production Tool**
**2932 Eastrock Dr**
**Rockford, IL 61109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $96.06 |
|---|---|---|---|

**Quality Tools & Abrasives**
**605 Bonnie Lane**
**Elk Grove Village, IL 60007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **AM Precision Machining Inc.** | Case number (if known) | **16-39379** |
|---|---|---|---|
| | Name | | |

---

**3.104** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$697.99**

Renishaw Inc.
5277 Trillium
Hoffman Estates, IL 60192

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.105** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$982.00**

Retco Tool
9030 Viscount Road
Dallas, TX 75247

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.106** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,458.45**

Rolled Alloys Inc.
Dept 33901
PO Box 67000
Detroit, MI 48267

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.107** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,954.00**

ROPAL Grinding
1916 20th Ave
Rockford, IL 61104

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.108** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30,487.00**

Ruben Firsel Ross
2801 Lakeside Dr
Suite 207
Deerfield, IL 60015

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.109** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$631.96**

Southwest Calibration
13114 Mula Court
Stafford, TX 77477

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.110** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$500.00**

Starflight Aerospace
206 W James St
Paynesville, MN 56362

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **AM Precision Machining Inc.** | | |
|---|---|---|---|
| | Name | Case number (if known) | **16-39379** |

---

| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,152.80** |
|---|---|---|---|

**Sure Lubricants**
LBX 774651
4651 Solution Center
Chicago, IL 60677

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,808.92** |
|---|---|---|---|

**Sussex Tool Supply**
PO Box 355
Lannon, WI 53046

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$605.00** |
|---|---|---|---|

**T&K Precision Grinding**
1301 Armitage Ave
Unit C
Melrose Park, IL 60160

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$198.90** |
|---|---|---|---|

**Tolerances Grinding**
1020 W National Ave
Addison, IL 60101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,030.33** |
|---|---|---|---|

**Tooling Solutions**
1295 Jarvis
Elk Grove Village, IL 60007

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,185.55** |
|---|---|---|---|

**Total Fire & Safety**
6808 Hobson Valley Dr #105
Woodridge, IL 60517

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,900.40** |
|---|---|---|---|

**True Grind**
400 S Hicks Road
Palatine, IL 60067

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **AM Precision Machining Inc.** | Case number (if known) | **16-39379** |
|---|---|---|---|
| | Name | | |

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $313.30 |
|---|---|---|---|

**Universal Grinding & Tool**
**5250 McDermott Lane**
**Berkeley, IL 60163**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,288.25 |
|---|---|---|---|

**UPS**
**Lock Box 577**
**Carol Stream, IL 60132-0577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,375.00 |
|---|---|---|---|

**Utica Insurance**
**PO Box 6532**
**Utica, NY 13504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $240.00 |
|---|---|---|---|

**Waste Management**
**PO Box 278**
**Franklin Park, IL 60131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

### Part 3:    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 347,390.43 |
| **5b. Total claims from Part 2** | 5b. + $ | 427,580.88 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 774,971.31 |

**Fill in this information to identify the case:**

Debtor name    **AM Precision Machining Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    **16-39379**

☐ Check if this is an amended filing

## Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases    **12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Warehouse Lease 170 Lively Elk Grove Village IL. Property owned by Stanley Kozlowski and leased to AM Precision.** | |
| | State the term remaining | | **Stanley Kozlowski** |
| | List the contract number of any government contract | | **170 Lively** |
| | | | **Elk Grove Village, IL 60009** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Warehouse Lease 200 Lively Elk Grove Village, IL. Property owned by Stanley Kozlowski and leased to AM Precision.** | |
| | State the term remaining | | **Stanley Kozlowski** |
| | List the contract number of any government contract | | **170 Lively** |
| | | | **Elk Grove Village, IL 60009** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **AM Precision Machining Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known) **16-39379**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                                12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

|  | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | | Street <br><br> City    State    Zip Code | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 | | Street <br><br> City    State    Zip Code | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 | | Street <br><br> City    State    Zip Code | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | | Street <br><br> City    State    Zip Code | | ☐ D <br> ☐ E/F <br> ☐ G |